FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2007 APR -6 AM 10: 20
CLERK
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| JACELYN D. MCELFRESH a/k/a JACELYN D. BAKER, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. CV406-239 |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

Plaintiff has filed a motion seeking the voluntary dismissal of this action. Doc. 12. This Court may grant dismissal without prejudice "upon such terms and conditions as the court deems proper." Fed. R. Civ. P. 41(a)(2). As defendant would suffer no prejudice from the dismissal of the instant action, the motion should be GRANTED and this action should be DISMISSED.

**SO REPORTED AND RECOMMENDED** this 5th day of April, 2007.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA